IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WALT WINSTON, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

CACi,

      Defendant.

Case No. 22-CV-02764-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal dated July 23, 2024 (Doc. 32), this action was **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED:   July 31, 2024

                                      MONICA A. STUMP,
                                      Clerk of Court

                                      By:  s/ *Jackie Muckensturm*
                                              Deputy Clerk

APPROVED: s/ *Stephen P. McGlynn*
                  STEPHEN P. MCGLYNN
                  U.S. District Judge